```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHIKEZIE OTTAH.                                   :
                                                  :
                        Plaintiff,                :       22-CV-2935 (PAE) (RWL)
                                                  :
        - against -                               :       **ORDER**
                                                  :
NATIONAL GRID,                                    :
                                                  :
                        Defendant.                :
                                                  :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas this Court issued a Report and Recommendation for dismissal on August 16, 2022 (Dkt. 32); and

Whereas Plaintiff has since filed multiple letters putting forth argument on the matter addressed by the Report and Recommendation (Dkt. 33, 36, 39, 42); and

Whereas the time to submit objections to the R&R expired on August 30, 2022; and

Whereas Plaintiff's continued filings inappropriately divert the resources of Defendant (in responding) and the Court (in reviewing);

It is hereby ORDERED that Plaintiff shall not file any additional materials in this matter regarding Defendant's motion to dismiss or the R&R until a decision is rendered regarding adoption of the R&R.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: October 20, 2022
New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court mail a copy of this Order to the pro se Plaintiff.