USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHIKEZIE OTTAH.

                 Plaintiff,

     - against -

NATIONAL GRID,

                Defendant.
------------------------------------------------------------X

22-CV-2935 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Whereas this Court issued a Report and Recommendation for dismissal on August 16, 2022 (Dkt. 32); and

    Whereas Plaintiff has since filed multiple letters putting forth argument on the matter addressed by the Report and Recommendation (Dkts. 33, 36, 39, 42); and

    Whereas the time to submit objections to the R&R expired on August 30, 2022; and

    Whereas Plaintiff's continued filings inappropriately divert the resources of Defendant (in responding) and the Court (in reviewing); and

    Whereas the Court issued an order on October 20, 2022 prohibiting Plaintiff from filing any additional materials until a decision is rendered regarding adoption of the R&R (Dkt.44); and

    Whereas Plaintiff still filed multiple letters on October 27, 2022 (Dkts. 46-47) in violation of the Court's order at Dkt. 44;

    It is hereby ORDERED that Plaintiff shall not file any additional materials in this matter regarding Defendant's motion to dismiss or the R&R until a decision is rendered

1

regarding adoption of the R&R. Failure to comply with this or any other court order may result in sanctions, including dismissal of Plaintiff's claims with prejudice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2022
      New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court mail a copy of this Order to the pro se Plaintiff at the following address:

Chikezie Ottah
648 Dorothy Lane
Elmont, NY 10003