**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHIKEZIE OTTAH,

                Plaintiff,

  -against-                                    22 **CIVIL** 2935 (PAE)(RWL)

                                                **<u>JUDGMENT</u>**

NATIONAL GRID,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 1, 2023, the Court has accepted and adopted Judge Lehrburger's August 16, 2022 Report and Recommendation in its entirety. Ottah's complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      February 1, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                                 **Clerk of Court**

                         **BY:**                K. Mango

                                                            _____
                                                               **Deputy Clerk**